# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>KING ISAAC UMOREN,<br><br>　　　Defendant | Case No.: 2:19-cr-00064-APG-NJK<br><br>**Order Directing Service and Setting Briefing Schedule** |

I ORDER the United States of America to serve on non-party East Hawleywood Owners Association a copy of the United States's motion to prevent foreclosure (ECF No. 40) and a copy of this order. Service must be accomplished in accordance with Federal Rule of Civil Procedure 4.

I FURTHER ORDER that within 20 days of the date of service, East Hawleywood Owners Association may file an opposition to the United States's motion. The United States may file a reply within 14 days after a response is filed.

DATED this 4th day of December, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE