# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>KING ISAAC UMOREN,<br><br>    Defendant | Case No.: 2:19-cr-00064-APG-NJK<br><br>**Order Granting Motion to Prevent Foreclosure**<br><br>[ECF No. 40] |

    The United States of America moved to prevent non-party East Hawleywood Owners Association (EHOA) from foreclosing its lien against forfeitable real property. ECF No. 40. The motion was served upon EHOA and defendant King Isaac Umoren. No opposition was filed and the motion is supported by good cause.

    I THEREFORE ORDER that East Hawleywood Owners Association may not foreclose upon any lien encumbering the forfeitable real property located at 991 Feather Haven Court, Henderson, Nevada 89011 (APN 160-33-616-005) absent further order of this court.

    DATED this 31st day of December, 2019.

                                                  ANDREW P. GORDON<br>
                                                  UNITED STATES DISTRICT JUDGE