RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for King Isaac Umoren

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KING ISAAC UMOREN, <br><br> Defendant. | Case No. 2:19-cr-00064-APG-NJK <br><br> **UNOPPOSED MOTION TO CONTINUE RESPONSES TO THE MOTIONS FOR AN INTERLOCUTORY ORDER OF SALE** <br> (First Request) |

Heidi Ojeda, Assistant Federal Public Defender, counsel for King Isaac Umoren, requests that this Court extend the Responses to the Motions for an Interlocutory Order of Sale (ECF's 46, 47) currently due on January 14th and 16th, for 2 weeks.

Defense counsel requests this extension because she needs additional time to discuss these issues with her client. The defendant is in custody and agrees with the need for the continuance. Further, this Motion is not submitted solely for the purpose of delay or for any other improper purpose.

On January 9, 2020, undersigned counsel contacted Daniel Hollingworth, counsel for the government, who consented to the extension of time.

Because of the foregoing reasons, this Court should grant the defense a two-week extension to file their responses to the pending motions (ECF No. 46 and 47).

DATED this 9th day of January, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Heidi Ojeda*<br>By_____<br>HEIDI OJEDA<br>Assistant Federal Public Defender | */s/ Daniel D. Hollingsworth*<br>By_____<br>DANIEL D. HOLLINGSWORTH<br>Assistant United States Attorney |

|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00064-APG-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| KING ISAAC UMOREN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Responses to the Motions for an Interlocutory Order of Sale (ECF's 46, 47) currently due on January 14th and 16th be vacated and continued to January 31, 2020.

Dated: January 14, 2020.

_____
UNITED STATES DISTRICT JUDGE