# *S E A L E D*

---

*Federal Public Defender*
*411 E. Bonneville Avenue, Suite 250*
*Las Vegas, NV  89101*
*(702) 388-6577*
*(702) 388-6261 (Fax)*

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET WIGHTMAN LAMBROSE
Nevada State Bar No. 11626
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for King Isaac Umoren

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KING ISAAC UMOREN,<br><br>　　　　　　Defendant. | Case No. 2:19-cr-00064-APG-NJK<br><br>**DEFENDANT'S SEALED EX-PARTE MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR APPOINTMENT OF CONFLICT-FREE COUNSEL** |

On behalf of the Defendant, King Isaac Umoren, Assistant Federal Public Defender Margaret Wightman Lambrose hereby files this Ex-parte Motion to Withdraw as Counsel and Request for Appointment of Conflict-Free Counsel, and states the following:

1. The court appointed the Federal Public Defender's Office to represent Mr. Umoren on October 22, 2019. ECF No. 34.

2. Jury trial in this matter is currently scheduled for April 20, 2020 at 9:00 a.m. ECF No. 37. Pretrial motions are due on February 21, 2020. *Id*. Responses to the government's motions for interlocutory order of sale are due on January 31, 2020. ECF No. 53.

3. On approximately January 14, 2020, the Office of the Federal Public Defender learned of a conflict of interest in continuing to represent Mr. Umoren. The conflict of interest has been investigated, researched, and confirmed internally before the filing of this motion.

4. Because of the conflict of interest, undersigned counsel moves to withdraw immediately as counsel of record. In addition, undersigned counsel requests the immediate appointment of independent, conflict-free counsel for Mr. Umoren.

5. A copy of this motion is being mailed to Mr. Umoren today as required by the local rules. LR IA 10-6(b).

## Memorandum of Points and Authorities

Attorneys practicing in the District of Nevada are required to comply with the State of Nevada's standards of professional conduct. *See* LR IA 10-7.

A direct conflict of interest has arisen in this matter regarding the continued representation of Mr. Umoren. The conflict prevents undersigned counsel and the Office of the Federal Public Defender of Nevada from providing zealous, conflict-free representation during all stages of Mr. Umoren's criminal proceedings.

In light of the ethical concerns raised by this conflict of interest, undersigned counsel requests permission to withdraw as counsel of record and further requests the immediate appointment of independent, conflict-free counsel for Mr. Umoren.

DATED this 17th day of January, 2020

                    Respectfully submitted,
                    RENE L. VALLADARES
                    Federal Public Defender

By: */s/ Margaret Wightman Lambrose*
       Margaret Wightman Lambrose
       Assistant Federal Public Defender