# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00064-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| KING ISAAC UMOREN, | |
| Defendant. | |

On January 17, 2020, Margaret Lambrose, former counsel for Defendant, filed a motion *ex parte* and under seal. Docket No. 54. The Court reviewed the motion and could discern no legitimate reason for such designations. Further, Ms. Lambrose filed the motion under seal without complying with the Court's clear rules for such filings. LR IA 10-5; LR IA 7-2.

As a result, the Court ordered Ms. Lambrose to file, no later than January 21, 2020, either a motion to seal the motion at Docket No. 54 that complies fully with the Court's local rules and applicable caselaw or a motion to unseal the motion at Docket No. 54. Docket No. 55. Ms. Lambrose failed to comply with the Court's order. *See* Docket.

The Court therefore **ORDERS** Ms. Lambrose to comply with the order at Docket No. 55 no later than today, January 22, 2020. **FAILURE TO COMPLY WITH THIS ORDER COULD RESULT IN SANCTIONS**.

The Court **INSTRUCTS** the Clerk's Office to serve this order on Ms. Lambrose at maggie_lambrose@fd.org.

IT IS SO ORDERED.

DATED: January 22, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE