NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
ronald.cheng@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>KING ISAAC UMOREN,<br><br>              Defendant. | Case No. 2:19-CR-00064-APG-NJK<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3**<br><br>**ORDER** |

      The United States of America, by and through Assistant U.S. Attorney Ronald L. Cheng, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Sarah Kiewlicz, Trial Attorney with the United States Department of Justice, Tax Division, be permitted to appear before this Court in the above-captioned case.

      Ms. Kiewlicz is a member in good standing of the bar of the State of Pennsylvania, she is employed by the United States as an attorney, and, in the course and scope of her

/ / /

/ / /

/ / /

/ / /

/ / /

employment, she has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated this 27th day of July, 2020.

Respectfully Submitted,

*/s/ Ronald L. Cheng*
RONALD L. CHENG
Chief, Criminal Division
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: July 27, 2020.