1 | YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
2 | Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
3 | Nevada Bar No. 012439
625 South Sixth Street
4 | Las Vegas, Nevada  89101
(702) 385-9777;  Fax No.(702) 385-3001
5 | Attorneys for Defendant Umoren

6 | UNITED STATES DISTRICT COURT

7 | DISTRICT OF NEVADA

8 | ***

9 | UNITED STATES OF AMERICA,          )          2:19-cr-00064-APG-NJK
                                       )
10 |                Plaintiff,          )
                                       )          **STIPULATION TO CONTINUE**
11 | vs.                                )          **TIME TO FILE RESPONSES TO**
                                       )          **GOVERNMENT'S MOTIONS IN**
12 | KING ISAAC UMOREN,                 )          **LIMINE ECF NO.S 96, 97, 98, 99**
                                       )          **AND 100**
13 |                Defendant1.         )
                                       )          (First Request)
14 |

15 |       IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich,

16 | United States Attorney, by and through Patrick Burns and Sarah Kiewlicz, Trial Attorneys,

17 | Department of Justice, Tax Division, and Mace J. Yampolsky, Esq., counsel for Defendant

18 | Umoren, that Defendant King Isaac Umoren be granted an extension of time up through and

19 | including January 18, 2021 to file his Response to the Government's Motions in Limine, ECF

20 | Nos. 96, 97, 98, 99 and 100.

21 |

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 |

1

IT IS FURTHER STIPULATED AND AGREED that this stipulation is being entered into because the Government has filed five separate Motions in Limine, and Defendant is in need of additional time to respond.

DATED this 23rd day of December, 2020.

_____/s/ Patrick Burns_____                    _____/s/ Mace J. Yampolsky_____
Patrick Burns                                          Mace J. Yampolsky, Esq.
Sarah Kiewlicz                                         Counsel for Defendant Umoren
Trial Attorneys
Counsel for Plaintiff

## **ORDER**

Based upon the foregoing and good cause appearing;

IT IS HEREBY ORDERED that Defendant King Isaac Umoren shall have up through and including January 18, 2021 to file his Response to the Government's Motions in Limine, ECF Nos. 96, 97, 98, 99 and 100.

_____
UNITED STATES DISTRICT JUDGE

DATED:   December 28, 2020