# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>KING ISAAC UMOREN,<br><br>    Defendant | Case No. 2:19-cr-00064-APG-NJK<br><br>**Order Granting Motion to Seal**<br><br>(ECF No. 101) |

The Government moves to seal two motions in limine (ECF Nos. 99 and 100). The defendant has not filed an opposition. The reasons set forth in the Government's motion justify keeping those motions under seal.

I THEREFORE ORDER that the Government's motion to seal **(ECF No. 101) is granted.** The motions filed at ECF Nos. 99 and 100 and the defendant's responses to those motions (ECF Nos. 113, 114) shall remain under seal.

DATED this 2nd day of February, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE