YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777;  Fax No.(702) 385-3001
Attorneys for Defendant Umoren

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-cr-00064-APG-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| vs. | ) | **CONTINUE HEARING ON THE** |
| | ) | **GOVERNMENT'S MOTIONS IN** |
| KING ISAAC UMOREN, | ) | **LIMINE ECF NO.S 96, 97, 98, 99** |
| | ) | **AND 100** |
| Defendant1. | ) | |
| | ) | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, by and through Patrick Burns and Sarah Kiewlicz, Trial Attorneys, Department of Justice, Tax Division, and Mace J. Yampolsky, Esq., counsel for Defendant Umoren, that the hearing on the Government's Motions in Limine ECF Nos. 96, 97, 98, 99 and 100 currently scheduled for February 9, 2021 at the hour of 2:30 p.m. be continued for a period of at least thirty days.

///

///

///

///

///

///

1

IT IS FURTHER STIPULATED AND AGREED that this stipulation is being entered into because Mace J. Yampolsky, Esq., was informed on February 3, 2021 that he has tested positive for Covid-19.

DATED this 3rd day of February, 2021.

| /s/ Patrick Burns | /s/ Mace J. Yampolsky |
|---|---|
| Patrick Burns | Mace J. Yampolsky, Esq. |
| Sarah Kiewlicz | Counsel for Defendant Umoren |
| Trial Attorneys | |
| Counsel for Plaintiff | |

**ORDER**

Based upon the foregoing and good cause appearing;

IT IS HEREBY ORDERED that that the hearing on the Government's Motions in Limine ECF Nos. 96, 97, 98, 99 and 100 currently scheduled for February 9, 2021 at the hour of 2:30 p.m. be continued until March 17, 2021 at 4:00 p.m. in LV Courtroom 6C.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 3, 2021