```
                                                                  1

1                  UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
2
     UNITED STATES OF AMERICA,   )
3             Plaintiff,         )  Case No.2:19-cr-064-APG-NJK
                                 )
4         vs.                    )
                                 )          ORDER TEMPORARILY
5    KING ISAAC UMOREN,          )          UNSEALING NOTES
     _____Defendant.     )
6

7       On 4-26-2021, Heather K. Newman, Court Reporter, received a

8    Transcript Order form requesting the transcript of a **Motion**

9    **Hearing**, in which a portion of the hearing was sealed, held on

10   3-17-2021, from Mace Yampolsky.

11      **IT IS THE ORDER OF THE COURT** the sealed portion the

12   transcript shall be unsealed for the limited purpose of

13   providing a copy of the transcript as requested by Mace

14   Yampolsky.

15      **IT IS FURTHER ORDERED** that the sealed transcript shall

16   thereafter be resealed, and a certified copy of the transcript

17   be delivered to the Clerk pursuant to 28, U.S.C., Section

18   753(b), until further order of this Court.

19      **IT IS FURTHER ORDERED** that the receiving party shall not

20   disclose the sealed contents of the transcript of the

21   proceedings to anyone other than the representatives of the

22   parties directly concerned with this case.

23          DATED this  30th  day of   April   , 2021.

24                                     _____
25                                     ANDREW P. GORDON
                                       United States District Judge
```