UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>KING ISAAC UMOREN,<br><br>         Defendant. | Case No.: 2:19-cr-00064-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 145) |

Pending before the Court is a motion to allow CJA-approved investigators Andrew Renshaw and Sheri Keenan to have enhanced visitation with Defendant. Docket No. 145.[1] Defendant, who is in custody in the Nevada Southern Detention Center, asks the Court to order the facility to allow him additional days enhanced visitation to meet with these investigators, in order to effectively prepare for trial. *Id*. at 2.

For good cause shown, the Court **GRANTS** Defendant's motion. Docket No. 145.

IT IS SO ORDERED.

DATED: December 22, 2021.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The United States objects to Defendant's characterization of the amount of discovery produced in the past several weeks but does not otherwise object to the motion. *See* Docket No. 241, case no. 2:16-cv-00374-APG-NJK. In granting the instant motion, the Court does not rely on any representations regarding the number of pages recently produced.