JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KING ISAAC UMOREN,<br><br>  Defendant,<br><br>EAST HAWLEYWOOD OWNERS' ASSOCIATION,<br><br>  Petitioner. | 2:19-CR-064-APG-NJK<br><br>**Government's Unopposed Motion to Extend the Time to File its Response Regarding Motion for Ancillary Hearing, ECF No. 166, and Order**<br><br>**(First Request)** |

The United States of America respectfully moves this Court for an Order extending the time for the government to file its response regarding East Hawleywood Owners' Association's (EHOA) Motion for Ancillary Hearing, ECF No. 166. The current deadline is August 30, 2022. The government requests an extension of time to and including September 29, 2022. This is the first request.

The reason for this extension is the parties are actively negotiating the forfeiture issue.

On August 16, 2022, EHOA filed its Petition for Ancillary Hearing. It is not a motion. After third-parties file petitions and after the district court resolves any government motions to dismiss the third-party petitions, the district court may permit discovery according to the Federal Rules of Civil Procedure.[1]

---

[1] Fed. R. Crim. P. 32.2(c)(1)(a) and (B).

On August 18, 2022, the undersigned began negotiating a stipulation for entry of forfeiture with Troy Isaacson, counsel for EHOA. The undersigned is currently waiting for additional billing information from Mr. Isaacson's client.

On August 22, 2022, Mr. Isaacson agreed to a month extension.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, September 29, 2022.

DATED: August 23, 2022.

        JASON M. FRIERSON
        United States Attorney

        /s/ Daniel D. Hollingsworth
        DANIEL D. HOLLINGSWORTH
        Assistant United States Attorney

IT IS SO ORDERED:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: August 24, 2022