JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336

PATRICK BURNS
Nevada Bar No. 11779
SARAH A. KIEWLICZ
Trial Attorneys
U.S. Department of Justice, Tax Division
Western Criminal Enforcement Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
J.Patrick.Burns@usdoj.gov
Sarah.Kiewlicz@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>vs.<br><br>**KING ISAAC UMOREN,**<br><br>    Defendant. | Case No.: 2:19-CR-00064-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED by and between JASON B. FRIERSON, United States Attorney, through PATRICK BURNS, Assistant United States Attorney, and SARAH A. KIEWLICZ, Trial Attorney, Department of Justice – Tax Division, and Defendant KING ISAAC UMOREN, through his counsel, CHRIS RASMUSSEN, ESQ., and JESS MARCHESE, ESQ., that the sentencing in this matter be continued from its currently scheduled date and time of November 2, 2022 at 9:30 a.m. to a date and time convenient to the

1

Court and preferably for the week of December 5, 2022.

This Stipulation is entered into for the following reasons:

1. The sentencing hearing in defendant's two cases, Case No.'s 2:16-CR-00374-APG-NJK and 2:19-CR-00064-APG-NJK is currently scheduled for November 2, 2022 at 9:30 a.m.

2. Defendant requires additional time to consult with his attorneys regarding objections to the presentence investigation report and to otherwise prepare for sentencing.

3. Counsel for the government handling the civil forfeiture in these cases requires additional time to address outstanding forfeiture issues that appear to require litigation and decision by the Court.

4. The parties request that the sentencing be rescheduled for the week of December 5, 2022, if that scheduling would be convenient to the Court. They further request that defendant's deadline for the filing of any objections to the presentence investigation report be continued to October 31, 2022.

5. This is the first request to continue this joint sentencing in both of defendant's cases and is made in good faith and not for purposes of delay.

DATED this 11th day of October, 2022.

Respectfully submitted,

JASON B. FRIERSON
United States Attorney

 //s//Patrick Burns

PATRICK BURNS
Assistant United States Attorney
SARAH A. KIEWLICZ
Trial Attorney – Tax Division
United States Department of Justice

//s//Chris Rasmussen
//s// Jess Marchese

2

CHRIS RASMUSSEN, ESQ.
JESS MARCHESE, ESQ.
Counsel for Defendant King Isaac Umoren

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>vs.<br><br>KING ISAAC UMOREN,<br><br>　Defendant. | Case No.: 2:19-CR-00064-APG-NJK<br><br>ORDER ON THE PARTIES' STIPULATION TO CONTINUE SENTENCING |

### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that:

The sentencing hearing in defendant's Case No.'s 2:16-CR-00374-APG-NJK and 2:19-CR-00064-APG-NJK, currently scheduled for November 2, 2022 at 9:30 a.m., is vacated and reset to November 30, 2022 at 9:00 a.m. in Courtroom 6C.

IT IS FURTHER ORDERED THAT,

Defendant shall have until October 31, 2022 to file any objections to the presentence investigation report.

Dated this 12th day of October, 2022

By: _____
　JUDGE ANDREW P. GORDON
　UNITED STATES DISTRICT COURT JUDGE

4