FILED     RECEIVED
ENTERED     SERVED ON
COUNSEL/PARTIES OF RECORD

November 30, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-064-APG-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| KING ISAAC UMOREN, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(p) based upon the plea of guilty by King Isaac Umoren to the criminal offenses, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which King Isaac Umoren pled guilty. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 159; Preliminary Order of Forfeiture, ECF No. 160; Change of Plea, ECF No. 161.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $4,050,000 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017) and *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021).

1 | This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 15, 2022, through July 14, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 163-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 170.

The United States Attorney's Office served and attempted to serve 991 Feather Haven Court LLC, c/o Jamaine Patton, Registered Agent, on July 22, 2022, at Sandy Drive with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as not deliverable as addressed. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 3, 11-19, 21-23.

The United States Attorney's Office attempted to serve 991 Feather Haven Court LLC, c/o Jamaine Patton, Registered Agent, on August 3, 2022, at 665 Boulder Highway with the Preliminary Order of Forfeiture and the Notice. Both mailings were returned as insufficient address. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 3, 11-19, 24-26.

The United States Attorney's Office served and attempted to serve 991 Feather Haven Court LLC, c/o Jamaine Patton, Registered Agent, on August 9, 2022, at 6655 Boulder Highway with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as unclaimed. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 3, 11-19, 27-29.

The United States Attorney's Office served Arlette A. Moreno, Cretus Manager, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 4, 11-19, 30-31.

/ / /

The United States Attorney's Office served Arya Partners Group LLC, Universal Tax Services, Arya Tax, and Arya Capital & Cretus, c/o King Isaac Umoren. ID: 53252048, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 4, 11-19, 32-33.

The United States Attorney's Office served Bank of America on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 4, 11-19, 34-35.

The United States Attorney's Office served Bank of America Private Bank on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 4, 11-19, 36-37.

The United States Attorney's Office served Brianna Johnson, Clark County Assessor, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 4, 11-19, 38-39.

The United States Attorney's Office served Dana Rafiee, Director East Hawleywood Owners Association, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 4, 11-19, 40-42.

The United States Attorney's Office served Debbie Conway, Clark County Recorder, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 4, 11-19, 43-44.

The United States Attorney's Office served Debra March, City of Henderson Mayor, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 4, 11-19, 45-46.

The United States Attorney's Office served Dennis Kennedy, President East Hawleywood Owners Association, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 4, 11-19, 47-49.

The United States Attorney's Office served and attempted to serve Glory Bassey, Manager, 991 Feather Haven Court LLC, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned unclaimed. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 5, 11-19, 50-52.

The United States Attorney's Office served Gregory J. Walch, General Counsel Southern Nevada Water Authority, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 5, 11-19, 53-54.

The United States Attorney's Office served and attempted to serve Hikaru Rene Matson on July 22, 2022, at Sedum Avenue by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned unclaimed. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 5, 11-19, 55-57.

The United States Attorney's Office served Hikaru Rene Matson on August 3, 2022, at Bonterra Ave. by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 5, 11-19, 58-59.

The United States Attorney's Office served and attempted to serve Hikaru Rene Matson on August 3, 2022, at Roaming Vines St. by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 5, 11-19, 60-62.

/ / /

The United States Attorney's Office served and attempted to serve Jamaine Patton, Registered Agent, KIRC Investments, LLC on July 22, 2022, at Sandy Drive by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as not deliverable as addressed. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 5-6, 11-19, 63-65.

The United States Attorney's Office served and attempted to serve Jamaine Patton registered agent for KIRC Investments on August 3, 2022, at Boulder Highway by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as attempted – not known. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 6, 11-19, 66-68.

The United States Attorney's Office served John Entsminger, General Manager Southern Nevada Water Authority, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 6, 11-19, 69-70.

The United States Attorney's Office served Jose Luis Valdez, City of Henderson Clerk, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 6, 11-19, 71-72.

The United States Attorney's Office served KIRC Investments, LLC, c/o King Isaac Umoren, ID: 53252048 on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 6, 11-19, 73-74.

The United States Attorney's Office served Laura B. Fitzpatrick, Clark County Treasurer, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 6, 11-19, 75-76.

The United States Attorney's Office attempted to serve Luz A. Davila, Cretus Manager, on July 22, 2022, at Lamb Blvd. by regular and certified return receipt mail with

the Preliminary Order of Forfeiture and the Notice. Both mailings were returned as attempted - not known. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 6-7, 11-19, 77-79.

The United States Attorney's Office served and attempted to serve Luz Aurora Davila, Cretus Manager, on August 3, 2022, at Kit Fox Street by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as attempted - not known. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 7, 11-19, 80-82.

The United States Attorney's Office served and attempted to serve Luz Aurora Davila Alvarez or Luz Aurora Davila-Vasquez or Luz Aurora Davila, Cretus Manager, on August 10, 2022, at Kit Fox Street by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as not deliverable as addressed. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 7, 11-19, 83-85.

The United States Attorney's Office served Luz Aurora Davila Alvarez or Luz Aurora Davila-Vasquez or Luz Aurora Davila, Cretus Manager, on August 10, 2022, at N. Lamb Blvd. by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The return receipt was returned unsigned. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 7, 11-19, 86-87.

The United States Attorney's Office served Lynn Goya, Clark County Clerk, Commission Division, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 7, 11-19, 88-89.

The United States Attorney's Office served Lynn Goya, Clark County Clerk, Clark County Water Reclamation Dist., Commission Division, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 8, 11-19, 90-91.

The United States Attorney's Office served Lynn Goya, Clark County Clerk, Clark County Board of Commissioners, Commission Division, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 8, 11-19, 92-93.

The United States Attorney's Office served Marilyn Kirkpatrick, Commissioner & Chairperson, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 8, 11-19, 94-95.

The United States Attorney's Office served Miyako Poindexter on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 8, 11-19, 96-97.

The United States Attorney's Office served Nicholas Vaskov, City of Henderson Attorney, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 8, 11-19, 98-99.

The United States Attorney's Office attempted to serve Prime Community Management LLC, Registered Agent East Hawleywood Owners Association on July 22, 2022, at Arroyo Grande Blvd. by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Both mailings were returned as Forward Time Exp. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 8, 11-19, 100-102.

The United States Attorney's Office served Prime Community Management LLC, Registered Agent East Hawleywood Owners Association on July 26, 2022, at Russell Rd. by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 8, 11-19, 103-105.

The United States Attorney's Office served Priscilla E. Howell, Director of Utility Services, Henderson City Hall, on July 22, 2022, by regular and certified return receipt mail

/ / /

7

with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 8, 11-19, 106-107.

The United States Attorney's Office served Steve B. Wolfson, Clark County District Attorney, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 9, 11-19, 108-109.

The United States Attorney's Office served Steve Crandall, Manager Yawkey & Ontario, c/o John Delikanakis, Snell & Wilmer, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 9, 11-19, 110-111.

The United States Attorney's Office served Timothy Veit, Secretary & Treasurer East Hawleywood Owners Association on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 9, 11-19, 112-114.

The United States Attorney's Office served Yawkey & Ontario, LLC, c/o John Delikanakis, Snell & Wilmer, on July 22, 2022, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 170-1, p. 9, 11-19, 115-116.

On August 15, 2022, City of Henderson filed a Petition and Request for an Ancillary Hearing and Related Relief, ECF No. 165.

On August 16, 2022, East Hawleywood Owners' Association filed a Petition of East Hawleywood Owners' Association for Ancillary Hearing, ECF No. 166.

On August 23, 2022, the City of Henderson withdrew their petition, ECF No. 168.

On October 14, 2022, the United States filed a proposed Stipulation for Entry of Order of Forfeiture as to East Hawleywood Owners' Association and Order, ECF No. 175.

On October 18, 2022, the Court granted the Stipulation for Entry of Order of Forfeiture as to East Hawleywood Owners' Association, ECF No. 176. On October 28,

/ / /

2022, the Court entered a minute order withdrawing East Hawleywood Owners' Association's petition based on the Stipulation, ECF No. 178.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

1. $1,999,875;
2. $888,855.17;
3. $192,325;
4. $97,807.75;
5. Cash in lieu of 2018 White Honda Accord, VIN 1HGCV1F12JA012572; and
6. 991 Feather Haven Court, Henderson, Nevada 89011, APN 160-33-616-005, more particularly described as:

PARCEL I:

LOT EIGHT (8) IN BLOCK TWO (2) OF AMENDED PLAT OF A PORTION OF TWO CROWS UNITS 1, 2, 3 AND 4, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 85 OF PLATS, PAGE 23, AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED DECEMBER 1, 1998 IN BOOK 981201 OF OFFICIAL RECORDS AS DOCUMENT NO. 01274, AND THEREAFTER AMENDED BY CERTIFICATE OF AMENDMENT RECORDED APRIL 19, 1999 IN BOOK 990419 AS DOCUMENT NO. 00496, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

EXCEPTING THEREFROM AND GRANTING HERETO AN EASEMENT FOR INGRESS AND EGRESS OVER THOSE PORTIONS OF THE LOTS WITHIN SAID SUBDIVISION DELINEATED AS "PRIVATE DRIVE AND UTILITY EASEMENT" ON THE PLAT OF SAID SUBDIVISION.

/ / /

/ / /

PARCEL II:

A NON-EXCLUSIVE RIGHT AND EASEMENT OF INGRESS TO, EGRESS FROM AND ENJOYMENT OF THE COMMON ELEMENTS AS SHOWN IN THAT CERTAIN "DECLARATION OF PROTECTIVE COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT OF RESERVATION OF EASEMENTS FOR EAST HAWLEYWOOD OWNERS ASSOCIATION" RECORDED AUGUST 4, 1998 IN BOOK 980804 AS DOCUMENT NO. 01812, OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA. APN: 160-33-616-005

(all of which constitutes property); and

that the United States recover from King Isaac Umoren the in personam criminal forfeiture money judgment of $4,050,000, and that the property will be applied toward the payment of the money judgment; and

the forfeiture of the money judgment and the property is imposed under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law and the Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED November 30, 2022, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE