# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00064-APG-NJK |
| Plaintiff | **Order Correcting Sentence** |
| v. | |
| KING ISAAC UMOREN, | |
| Defendant | |

I sentenced defendant King Umoren on November 30, 2022. Judgment has not yet been entered. As part of that sentence, I imposed a custodial sentence of 135 months on count 12 (Money Laundering). But that charge has a maximum statutory sentence of 10 years. Because the sentence exceeded the maximum length, I must reduce it to 120 months.

Federal Rule of Criminal Procedure 35(a) provides: "Within 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error." A statutorily incorrect sentence is "clear error," so correcting it falls within the scope of this rule.

I THEREFORE ORDER that the custodial sentence I imposed is amended as follows:

On Count 12 (Money Laundering), defendant King Umoren is sentenced to 120 months in prison, concurrent to Count 1. The remaining terms and conditions of the sentence I imposed remain the same.

DATED this 6th day of December, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE