UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　　v.<br><br>KING ISAAC UMOREN,<br><br>　　　　Defendant-Appellant. | Case No. 2:19-cr-00064-APG-NJK<br><br>USCA Case No. 22-10325<br><br>**ORDER APPOINTING COUNSEL** |

Pursuant to the Order filed December 15, 2022 by the Ninth Circuit Court of Appeals directing the appointment of counsel for Appellant, IT IS HEREBY ORDERED that JASON F. CARR is appointed to represent KING ISAAC UMOREN for his appeal. Contact information for appellate counsel appears below:

　　Jason F. Carr
　　Hofland and Tomsheck
　　228 South Fourth Street
　　1st Floor
　　Las Vegas, NV 89101
　　(702) 895-6760
　　EMAIL: JasonC@Hoflandlaw.com

Former counsel, Chris Rasmussen and Jess Marchese, are directed to forward the case file to Mr. Carr forthwith. The Clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

DATED this 16th day of December 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE