1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )   CASE NO. 2:19-cr-00064-APG-NJK
                                 )
              Plaintiff,         )
                                 )
     vs.                         )
                                 )
KING ISAAC UMOREN,               )   **ORDER TEMPORARILY**
                                 )   **UNSEALING NOTES**
              Defendant.         )
_____)

　　　　On April 3, 2023, Paige Christian, Court Reporter, received a Transcript Order Form requesting a transcript of the Change of Plea, held on June 8, 2022, from Jason Carr, CJA, in which a portion of the hearing was sealed.

　　　　**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Jason Carr, CJA.

　　　　**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

　　　　**IT IS FURTHER ORDERED** that Mr. Carr shall not disclose the sealed contents of the transcript of the proceeding to anyone other than his client.

　　　　DATED this __4th__ day of _____April_____, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Andrew P. Gordon, U.S. District Judge